In The



Court of Appeals



Ninth District of Texas at Beaumont


____________________



NO. 09-06-135 CR


____________________



EX PARTE COLETTE ANGELA RICHNOW






On Appeal from the 410th District Court


Montgomery County, Texas


Trial Cause No. 06-02-01724 CV






 MEMORANDUM OPINION 


 Appellate jurisdiction is invoked by giving timely and proper notice of appeal. White
v. State, 61 S.W.3d 424, 428 (Tex. Crim. App. 2001). Neither Colette Angela Richnow nor
her counsel signed the notice of appeal filed in Cause No. 06-02-01724 CV. See Tex. R.
App. P. 9.1. Affidavits filed with the trial court establish that Richnow did not authorize the
filing of notice of appeal in this case. The Court's appellate jurisdiction has not been
invoked. Accordingly, the appeal is dismissed.

 APPEAL DISMISSED.

 ____________________________

 CHARLES KREGER

 Justice


Opinion Delivered April 26, 2006 

Do Not Publish

Before Gaultney, Kreger and Horton, JJ.